**Order entered September 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00748-CV

**PARALLEL NETWORKS, LLC, Appellant**

**V.**

**JENNER & BLOCK LLP, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01146-E**

## ORDER

Before the Court is appellant's September 17, 2013 unopposed motion for leave to file its brief under seal. On September 16, 2013, appellant filed its brief that contains redactions of confidential information. In its motion, appellant ask that it be allowed to also file an unredacted version of its brief under seal. We **GRANT** the motion as follows: We **STRIKE** the brief filed by appellant on September 16, 2013. We **ORDER** appellant to file the unredacted version of its brief under seal. Appellant shall file its brief under seal **WITHIN SEVEN DAYS** of the date of this order.

/s/     DAVID LEWIS
            JUSTICE